# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nivison, John C. | U.S. District Court, District of Maine, Bangor | 11/21/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, Full Time | ☐ Nomination   Date 01/27/2014<br>☑ Initial   ☐ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>10/22/2014 |

**7. Chambers or Office Address**

United States District Court
202 Harlow Street, Third Floor
Bangor, ME 04401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Superior Court Justice | Maine Judicial Branch |
| 2. | Adjunct Professor | Thomas College ( ▮▮▮▮▮ ) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Pierce Atwood LLP Pension Plan; no control; fixed pension based on prior earnings; assets of pension in trust; trustee: Keybank of Maine: Key Trust Company |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013-2014 | Maine Judicial Branch, salary | $120,728.52 |
| 2. 2013-2014 | Thomas College, salary | $5,000.00 |
| 3. 2012 | Maine Judicial Branch, salary | $113,960.70 |
| 4. 2012 | Thomas College, salary | $2,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013-2014 | �enacted, wages |
| 2. 2012 | ▒▒▒▒▒▒, wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nivison, John C. | 11/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Parent Plus Student Loan | J |
| 2. | Sallie Mae | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nivison, John C. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Diamond Hill Large Cap Fund | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 2. | | | J | T | Sold (part) | 06/06/13 | J | A | |
| 3. | | | J | T | Buy (add'l) | 08/13/13 | J | | |
| 4. TD Banknorth - Accounts | A | Interest | J | T | | | | | |
| 5. Lord Abbett Short Duration Income Fund | A | Dividend | J | T | Sold (part) | 01/24/13 | J | A | |
| 6. | | | J | T | Buy (add'l) | 02/12/13 | J | | |
| 7. | | | | | Sold (part) | 06/06/13 | J | A | |
| 8. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 9. | | | | | Sold (part) | 01/14/14 | J | A | |
| 10. | | | | | Sold (part) | 01/16/14 | J | A | |
| 11. | | | | | Sold (part) | 01/24/14 | J | A | |
| 12. JP Morgan Government Bond Fund Class A | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |
| 13. | | | | | Sold (part) | 04/23/13 | J | A | |
| 14. | | | | | Sold (part) | 06/06/13 | J | A | |
| 15. | | | | | Sold (part) | 08/13/13 | J | A | |
| 16. | | | | | Sold | 08/27/13 | J | A | |
| 17. JP Morgan Large Cap Growth Fund Class A | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/06/13 | J | A | |
| 19. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 20. | | | | | Sold (part) | 01/14/14 | J | B | |
| 21. Fidelity Advisor Strategic Income Fund Class A | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 22. | | | | | Sold (part) | 06/06/13 | J | A | |
| 23. | | | | | Sold (part) | 08/13/13 | J | A | |
| 24. | | | | | Sold (part) | 01/14/14 | J | A | |
| 25. Loomis Sayles Limited Term Government & Agency Fund Class A | A | Dividend | | | Sold | 02/12/13 | J | A | |
| 26. Delaware Corporate Bond Fund Class A | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 27. | | | | | Sold (part) | 06/06/13 | J | A | |
| 28. | | | | | Sold (part) | 08/13/13 | J | A | |
| 29. | | | | | Sold (part) | 01/14/14 | J | A | |
| 30. Oppenheimer Int'l Bond Fund Class A | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |
| 31. | | | | | Sold (part) | 06/06/13 | J | A | |
| 32. | | | | | Sold (part) | 08/13/13 | J | A | |
| 33. | | | | | Sold | 08/27/13 | J | A | |
| 34. Henderson Global Investors Int's | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nivison, John C. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/06/13 | J | A | |
| 36. | | | | | Sold (part) | 08/13/13 | J | A | |
| 37. | | | | | Sold (part) | 01/14/13 | J | A | |
| 38. Pimco Commodity Real Return Strategy Fund | A | Dividend | | | Sold (part) | 02/12/13 | J | A | |
| 39. | | | | | Sold (part) | 06/06/13 | J | A | |
| 40. | | | | | Sold | 08/13/13 | J | A | |
| 41. Arbitrage Fund No Load Class | | None | | | Sold | 02/12/13 | J | A | |
| 42. Vitrus Real Estate Securities Fund | | None | | | Sold | 02/12/13 | J | A | |
| 43. Eaton Vance Atlanta Capital Smid-Cap | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 44. | | | | | Sold (part) | 06/06/13 | J | A | |
| 45. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 46. | | | | | Sold (part) | 01/14/14 | J | A | |
| 47. First Eagle Gold Fund Class A | | None | | | Sold (part) | 02/12/13 | J | A | |
| 48. | | | | | Sold (part) | 06/06/13 | J | A | |
| 49. | | | | | Sold | 08/13/13 | J | A | |
| 50. Mainstay Marketfield Fund Class I | A | Dividend | J | T | Buy | 02/12/13 | J | | |
| 51. | | | | | Sold (part) | 06/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nivison, John C. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/13/13 | J | A | |
| 53. Mainstay Funds High Yld Corp Bond A | A | Dividend | J | T | Buy | 02/12/13 | J | | |
| 54. | | | | | Sold (part) | 06/06/13 | J | A | |
| 55. | | | | | Sold (part) | 08/13/13 | J | A | |
| 56. | | | | | Sold (part) | 01/14/14 | J | A | |
| 57. JHancock2 Global Absolute Return | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 58. | | | | | Sold (part) | 01/14/14 | J | B | |
| 59. Pimco CommoditiesPlus Class A | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 60. | | | | | Sold (part) | 01/14/14 | J | A | |
| 61. Oppenheimer Developing Markets Fund Class A | | None | | | Sold | 08/13/13 | J | A | |
| 62. Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nivison, John C. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nivison, John C. | 11/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John C. Nivison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544